1  HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
2  CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
3  801 I Street, 3rd. Floor
Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
SYLVESTER GRIFFIN
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SYLVESTER GRIFFIN,                     )  Case No. 2:16-cv-01835-KJN
                                           )
12            Petitioner,                  )  **REQUEST FOR SUBSTITUTION OF**
                                           )  **ATTORNEY; ORDER**
13     v.                                  )
                                           )
14  DEBBIE ASUNICON, Warden,               )
                                           )
15            Respondent.                  )
                                           )
16  _____    )

17        Petitioner Sylvester Griffin hereby moves this Court for an order substituting

18  Benjamin P. Ramos
Law Office of Benjamin Ramos
19  705 E. Bidwell
Suite 2-359
20  Folsom, CA 95630
Phone: 916-358-9842
21  Fax: 916 358-9843
22  Email: benjamin_ramos@comcast.net

23  as counsel for the petitioner Sylvester Griffin.  The Federal Defender's Office has determined

24  that it is currently unable to represent Mr. Griffin.  Mr. Ramos has agreed to represent Mr.

25  Griffin.

26        The undersigned is authorized to sign this substitution motion on Mr. Ramos's behalf.

27

28
                                      -1-

1    Dated: March 21, 2017                    Respectfully submitted,

2

3                                             HEATHER E. WILLIAMS
                                              Federal Defender

4
                                              *s/ Carolyn M. Wiggin*
5                                             CAROLYN M. WIGGIN
                                              Assistant Federal Defender
6

7    Dated: March 21, 2017

8                                             *s/ Benjamin P. Ramos*
                                              BENJAMIN P. RAMOS
9                                             Attorney at Law

10

11                            O R D E R

12         Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT

13   IS HEREBY ORDERED that BENJAMIN P. RAMOS, Attorney at Law, is substituted in as

14   appointed counsel for Petitioner SYLVESTER GRIFFIN in place of the Office of the Federal

15   Defender for the Eastern District of California.

16   Dated:  March 23, 2017

17                                             _____
                                              KENDALL J. NEWMAN
18                                             UNITED STATES MAGISTRATE JUDGE

19

20   /grif1835.sub

21

22

23

24

25

26

27

28
                                           -2-